# First District Court of Appeal
## State of Florida

———————————————

No. 1D2024-2204

———————————————

JAMES G. HALEY, II,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Escambia County.
John F. Simon, Jr., Judge.

November 3, 2025

PER CURIAM.

    AFFIRMED.

LEWIS, ROBERTS, and TREADWELL, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jessica J. Yeary, Public Defender, and Jasmine Dixon, Assistant Public Defender, Tallahassee, for Appellant.

James Uthmeier, Attorney General, and Darcy Townsend, Assistant Attorney General, Tallahassee, for Appellee.